11,653.1J/1274
**POWELL, BIRCHMEIER & POWELL**
COUNSELLORS AT LAW
1891 STATE HIGHWAY 50
P. O. BOX 582
TUCKAHOE, NEW JERSEY  08250
(609) 628-3414
Attorneys for Defendants, Sean Guy, Edmund Ansara and City of Millville

| | |
|---|---|
| SHEILA STEVENSON,<br><br>Plaintiff<br><br>v.<br><br>CARLO DROGO; SEAN GUY;<br>EDMUND ANSARA;<br>CITY OF MILLVILLE and JOHN DOES(S)<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.  09-cv-3508<br>(RMB/KMW)<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO DEFENDANTS,<br>SEAN GUY AND EDMUND ANSARA** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice as to any and all claims against the Defendants, Sean Guy and Edmund Ansara, only, without costs against either party.

**SHAPIRO & SHAPIRO**
BY: _____
   LOUIS CHARLES SHAPIRO, ESQUIRE
   Attorneys for Plaintiff

**POWELL, BIRCHMEIER & POWELL**
BY: _____
   JAMES R. BIRCHMEIER, ESQUIRE
   Attorneys for Defendants, City of Millville; Edmund Ansara and Sean Guy

**GEMMEL, TODD & MERENICH**
BY: _____
   ROBERT P. MERENICH, ESQUIRE
   Attorneys for Defendant, Carlo Drogo

DATED:  February 1, 2010